In the Matter of the Application of GERALD MORRELL, Appellant. ASSOCIATION OF THE BAR OF THE CITY OF NEW YORK, Respondent.

Submitted November 10, 1947; decided November 20, 1947.

*Einar Chrystie for motion.*
*Richard A. Crowe opposed.*

Motion granted and appeal dismissed, with costs and $10 costs of motion.